■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN KOBERSTEIN, Appellant. [616 NYS2d 297] —Case held, decision reserved and matter remitted to Oneida County Court for further proceedings in accordance with the following Memorandum: Because the record does not establish whether defendant was present at the *Sandoval* conference, we reserve decision and remit the matter to Oneida County Court for a reconstruction hearing to expand the record and to determine whether defendant was present *(see, People v Michalek,* 82 NY2d 906; *People v Odiat,* 82 NY2d 872; *People v Mitchell,* 189 AD2d 337). (Appeal from Judgment of Oneida County Court, Buckley, J.—Murder, 2nd Degree.) Present—Pine, J. P., Balio, Fallon, Wesley and Davis, JJ.